**FILED** FEB 17 2011 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**ENTERED** FEB 25 2011 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**LODGED** FEB 11 2011 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re MEYER AKHAVAN, | Case No.: 2:09-bk-25446-PC |
| Debtor | Chapter 7 |
| ANGELA LEE and LEE HUA, INC., a California corporation, | Adversary No. 2:09-ap-02158-PC |
| Plaintiffs, | [~~Proposed~~] JUDGMENT |
| v. | |
| MEYER AKHAVAN, | Trial Date : January 7, 2011 |
| | Time : 10:00 a.m. |
| Defendants. | Place : Courtroom 1539 |

This adversary matter having been duly called for trial on January 7, 2011 and Defendant MEYER AKHAVAN having failed to appear, the court struck Defendant's answer in this matter and

1
[~~Proposed~~] JUDGMENT

1  ordered Plaintiffs to present the direct testimony of all of their witnesses, including expert witnesses,

2  through the declarations of said witnesses, under penalty of perjury, otherwise admissible under the

3  Federal Rules of Evidence.

4      It appearing from the testimony and evidence of Plaintiff's witnesses that Plaintiffs are

5  entitled to Judgment against said defendant, for good cause shown,

6      NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs

7  ANGELA LEE and LEE HUA, INC., are entitled to judgment against Defendant, MEYER

8  AKHAVAN, in the amount of $ 497,491.70, with interest at the

9  federal judgment rate of .30 % per annum from

10 date of judgment until paid.

11 Dated: February 17, ~~2001~~ 2011.

                                                United States Bankruptcy Judge

| In re:          | CHAPTER:     |
|-----------------|--------------|
|      Debtor(s). | CASE NUMBER: |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __JUDGMENT__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 02/17/11 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Meyer Akhavan
120 S Palm Dr #402
Beverly Hills, CA 90211

Henry T Heuer
Prince & Heuer
11377 West Olympic Boulevard Suite 200
Los Angeles, CA 90064-1683

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                               **F 9021-1.1**